**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6861

JAMIE WILLIAM SITES,

Petitioner - Appellant,

versus

BUREAU OF PRISONS; FEDERAL CORRECTIONAL
INSTITUTE, CUMBERLAND; LISA J. W.
HOLLINGSWORTH,

Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:06-cv-02145-RDB)

Submitted: August 30, 2007      Decided: September 10, 2007

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jamie William Sites, Appellant Pro Se.   Larry David Adams,
Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie William Sites, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2000) petition, and on his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Sites v. Bureau of Prisons</u>, No. 1:06-cv-02145-RDB (D. Md. Dec. 21, 2006; May 7, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>